**STATE of Missouri, Respondent,**

v.

**Jeffrey JAMISON, Appellant.**

**No. ED 77214.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 28, 2000.

---

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

### ORDER

PER CURIAM.

Defendant Jeffrey Jamison appeals the judgment of conviction entered for two counts of first-degree murder, section 565.020, RSMo 1994, and two counts of armed criminal action, section 571.015, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Emmett D. Queener, Columbia, MO, for appellant.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE, J., and ROBERT E. CRIST, Sr. J.